```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

          v.

AUGUSTANA UNIVERSITY,

          Defendant.

------------------------------------- x

No.: 1:23-cv-8049

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, AUGUSTANA UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       December 1, 2023

                                          **GOTTLIEB & ASSOCIATES**

                                          */s/Michael A. LaBollita, Esq.*

                                          Michael A. LaBollita, Esq., (ML-9985)
                                          150 East 18th Street, Suite PHR
                                          New York, NY 10003
                                          Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                          Michael@Gottlieb.legal

                                          *Attorneys for Plaintiffs*

---

Application GRANTED.   12/4/2023

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE